# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIAM JOHNS**                                                                 **PLAINTIFF**

v.                                            **3:22-CV-00027-ERE**

**ACTING COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 13)* is GRANTED. Accordingly, the Commissioner's decision is reversed and this case is REMANDED. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE