# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIAM JOHNS**                                                                                          **PLAINTIFF**

**v.**                                                    **3:22-CV-00027-ERE**

**ACTING COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff, reversing the Commissioner's decision, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE