# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**WILLIAM JOHNS**                                                                 **PLAINTIFF**

**v.**                                    **3:22-CV-00027-ERE**

**ACTING COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Williams Johns' unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). *Doc. 16.* Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,386.89** (which includes $3,364.90 in fees and $21.99 in costs). The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees and costs, *Doc. 16*, is GRANTED, and Plaintiff is awarded **$3,386.89** in fees and costs under the EAJA.[1]

IT IS SO ORDERED this 30th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.